UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-00783-SPG-SP | Date | June 9, 2026 |
| Title | Casey Clark v. Ford Motor Company et al | | |

| | |
|---|---|
| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:    (IN CHAMBERS) STIPULATION OF DISMISSAL**

Plaintiff Casey Clark and Defendant Ford Motor Company filed a Stipulation of Dismissal, (ECF No. 28 ("Stipulation")), which is effective to close the case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties represent that they entered into a written settlement agreement to dismiss the case with prejudice. (Stipulation at 2). The case is therefore closed. (JS-6). Accordingly, the Court strikes the proposed order (ECF No. 28-1) as moot, and all pending dates are vacated and taken off calendar. The Request of Defendant's Counsel to Appear Remotely, (ECF No. 27), is denied as moot.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer    pg